Bernard GERSTNER, Jr.; Dale Sprague; Ronald Cornelius, **Appellants,**

v.

SEBIG, LLC; Arlo W. Erickson, in his individual capacity only; Donald Roberts, in his individual capacity only; B.A. Schawinsky, in his individual capacity only; Pat Stewart, in her individual capacity only, **Appellees.**

No. 11–1176.

United States Court of Appeals, Eighth Circuit.

Submitted: June 28, 2011.

Filed: July 5, 2011.

Bernard Gerstner, Jr., St. Joseph, MO, pro se.

Dale Sprague, St. Joseph, MO, pro se.

Ronald Cornelius, St. Joseph, MO, pro se.

Paul A. Bullman, Jeffrey R. Lawyer, Lee Tieman, Tieman & Hicks, St. Joseph, MO, for Appellees.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Bernard Gerstner, Dale Sprague, and Ronald Cornelius (collectively, appellants) previously appealed the dismissal of their civil complaint alleging securities violations. We affirmed the dismissal, except as to their claim based on the sale of unregistered securities under 15 U.S.C. § 77e(a). *See Gerstner v. Sebig, LLC,* 386 Fed.Appx. 573 (8th Cir.2010) (unpublished per curiam). They now appeal the district court's [1] dismissal of the unregistered-securities claim as untimely. After careful review, we agree with the district court that the claim was not timely filed, and conclude that appellants were not entitled to equitable tolling. *See* 15 U.S.C. § 771(a)(1) (allowing private cause of action for violations of § 77e); 15 U.S.C. § 77m (providing limitations period for actions to enforce liability created under § 771(a)(1)); *Firstcom, Inc. v. Qwest*

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

*Corp.*, 555 F.3d 669, 674–75 (8th Cir.2009). We also conclude that the district court did not abuse its discretion in denying appellants' motion for reconsideration. *See United States v. Metro. St. Louis Sewer Dist.*, 440 F.3d 930, 933–34 (8th Cir.2006).

Accordingly, we affirm. *See* 8th Cir. R. 47B.